Steven Ransom-Jones
7901 Rampston Place, Ft. Worth  TX 76137,  817 798 2657

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In Re: | |
| EVA EVELYN KATHRYN MARTIN CORDRAY | Case No. 05-48749-DML7 |
| Debtor | |
| STEVEN RANSOM-JONES | Chapter 7 |
| Plaintiff | |
| v. | |
| EVA EVELYN KATHRYN MARTIN CORDRAY | Adv. Proc. No.  05-04256-dml |
| Defendant | |

**PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW**

Comes Plaintiff, Steven M. Ransom-Jones to submit this PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW in order to aid the disposition of the above Cause.

**PROPOSED FINDINGS OF FACTS**

The Petitioner makes proposes the following findings of fact:

1. EVA EVELYN KATHRYN MARTIN CORDRAY, engaged in willful and malicious injury to another entity or to the property of another entity.

2. Continued litigation itself has become the Debtor's weapon to willfully injure the Plaintiff.  (Debtor has threatened in writing to use litigation against the Plaintiff and has cited the cost of litigation as a source of harm).

3. EVA EVELYN KATHRYN MARTIN CORDRAY did threaten Plaintiff with, and then subsequently engage in litigation in order to harm him or to extort money.

4. EVA EVELYN KATHRYN MARTIN CORDRAY has either Partial or Full Summary Judgments issued against her, or against her Corporation, in relation to all suits that she has filed against the Plaintiff in 2005.

5. EVA EVELYN KATHRYN MARTIN CORDRAY filed Bankruptcy in order to avoid the consequences of litigation that Debtor had initiated.

6. EVA EVELYN KATHRYN MARTIN CORDRAY filed Bankruptcy in bad faith by deliberately engaging in activities that either increased her debts or deprived her of income or property.

7. EVA EVELYN KATHRYN MARTIN CORDRAY knowingly, fraudulently and in contemplation of bankruptcy and prior to the filing of the case did transfer property.

8. Debtor did engage in post-petition misconduct, including the participation in lawsuits and disposal of assets.

## PROPOSED CONCLUSIONS OF LAW

The Petitioner submits the following proposed Conclusions of Law:

9. The actions of EVA EVELYN KATHRYN MARTIN CORDRAY in commencing lawsuits against the Plaintiff are willful and malicious acts per 11 USC 523.a(6).

10. All outcomes of the suit styled Eva Evelyn Kathryn Martin (Cordray) v. Stephen Morley Ransom-Jones v. Martin Law, Inc. and Loretta Evelyn Marsh Martin, Cause No. 360-364252-04 was brought with malicious and willful intent should be declared non-dischargeable under the provisions of 11 U.S.C. § 523(c)(1) and 11 USC 523.a(6).

11. EVA EVELYN KATHRYN MARTIN CORDRAY did contravene 11 USC § 548 (a)(i)(a) by making a transfer of property in contemplation of bankruptcy with intent

to hinder, delay, or defraud any entity to which the debtor was or became, on or after the date that such transfer was made or such obligation was incurred, indebted.

12. EVA EVELYN KATHRYN MARTIN CORDRAY did contravene 11 USC § 548 (a)(i)(b) by making a transfer of property in contemplation of bankruptcy by receiving less than a reasonably equivalent value in exchange for such transfer or obligation and was insolvent on the date that such transfer was made or such obligation was incurred, or became insolvent as a result of such transfer or obligation; or intended to incur, or believed that the debtor would incur, debts that would be beyond the debtor's ability to pay as such debts matured.

13. EVA EVELYN KATHRYN MARTIN CORDRAY did contravene 18 U.S.C. § 152(7), in contemplation of a case under title 11 by transferring or concealing property with intent to defeat the provisions of title 11.

14. EVA EVELYN KATHRYN MARTIN CORDRAY, violated 18 U.S.C. § 152(8) by engaging in post-petition misconduct, including the participation in lawsuits and disposal of assets to which there may have been either a Community or Estate interest.

15. EVA EVELYN KATHRYN MARTIN CORDRAY did contravene 18 U.S.C. § 152(8) by transferring property or depriving herself of assets or income, after the filing of a case under title 11 or in contemplation thereof.

SIGNED: 25th day of May, 2006.

_____

Steven M. Ransom-Jones, Pro Se
7901 Rampston Place
Fort Worth, Texas  76137, Tel 817 798 2657